IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANKLIN C. McCOY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  05-3192 |
| | ) | |
| MARK S. CARICH, | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus.  This is the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted.  Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to Petitioner's Petition.  The response shall discuss the merits and the procedural posture of the Petition, i.e. whether Petitioner has exhausted his state remedies and/or procedurally defaulted any claims.  See Rule 5 of the Rules Governing § 2254 Cases.

1

THEREFORE, the Attorney General for the State of Illinois is ordered to file on or before December 14, 2005, an answer, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases, to Petitioner's Petition for a Writ of Habeas Corpus.

ENTER:  September 13, 2005.

    FOR THE COURT:

                                      s/ Jeanne E. Scott
                                      JEANNE E. SCOTT
                            UNITED STATES DISTRICT JUDGE